IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Delaney, Lamark | Case Number:  05 B 40849 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/13/08 | Filed:  9/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  April 11, 2008
           Confirmed:  December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 34,964.92 | |
| Secured: | | 11,928.34 |
| Unsecured: | | 16,081.06 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 1,617.76 |
| Other Funds: | | 2,943.76 |
| Totals: | 34,964.92 | 34,964.92 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,394.00 | 2,394.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 8,565.32 | 8,565.32 |
| 5. | Citi Residential Lending Inc | Secured | 4,674.96 | 3,363.02 |
| 6. | Peoples Energy Corp | Unsecured | 1,258.11 | 0.00 |
| 7. | Merrick Bank | Unsecured | 1,830.79 | 1,830.79 |
| 8. | American Collections & Credit | Unsecured | 1,046.60 | 1,046.60 |
| 9. | Card Holder Services | Unsecured | 1,769.64 | 1,769.64 |
| 10. | Capital One | Unsecured | 1,213.08 | 1,213.08 |
| 11. | Capital One Auto Finance | Unsecured | 2,273.26 | 2,273.26 |
| 12. | American General Finance | Unsecured | 3,470.55 | 3,470.55 |
| 13. | Resurgent Capital Services | Unsecured | 2,677.20 | 2,677.20 |
| 14. | Capital One | Unsecured | 1,265.64 | 1,265.64 |
| 15. | City Of Chicago | Unsecured | 534.30 | 534.30 |
| 16. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 17. | Cash Advance | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Check Recoveries Division | Unsecured | | No Claim Filed |
| 20. | First National Credit Card | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Premier Bankcard | Unsecured | | No Claim Filed |
| 23. | Park Dansan | Unsecured | | No Claim Filed |
| 24. | Pay Day Loans | Unsecured | | No Claim Filed |
| 25. | Instant Cash Advance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Delaney, Lamark | Case Number: 05 B 40849 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 5/13/08 | Filed: 9/27/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 27. | USA Payday Loans | Unsecured | | No Claim Filed |
| 28. | Spiegel | Unsecured | | No Claim Filed |
| 29. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 30. | Sun Cash Of WI | Unsecured | | No Claim Filed |

$ 32,973.45      $ 30,403.40

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 343.64 |
| 5% | 121.19 |
| 4.8% | 1,029.91 |
| 5.4% | 0.00 |
| 6.5% | 123.02 |

$ 1,617.76

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

